Ronald N. Richards (SBN 176246)
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
P.O. Box 11480
Beverly Hills, CA 90213
Telephone:   (310) 556-1001
Facsimile:    (310) 277-3325
Email: ron@ronaldrichards.com

Geoffrey S. Long (SBN 187429)
LAW OFFICES OF GEOFFREY LONG, A.P.C.
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266
Telephone:   (310) 480-5946
Facsimile:    (310) 796-5663
Email: glong0607@gmail.com

Attorneys for Specially Appearing Defendants NEM 2 LLC (formerly known as NAM 2 LLC) a Nevada limited liability company, and NEIL MOFFITT, an individual

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALUMBO DESIGN, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>1169 HILLCREST, LLC, a Nevada limited liability corporation, NEM2 LLC, a Nevada limited liability corporation, NAM2, a Nevada limited liability corporation, Neil Moffitt, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:19-CV-03357<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF**<br><br>Action Filed:        2/14/2019<br>Trial Date:          None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Specially Appearing Defendants NEM 2 LLC ("NEM 2"), formerly known as NAM 2 LLC ("NAM 2"), and NEIL

MOFFITT ("Moffitt," collectively "Defendants") hereby remove to this Court the State Court action described below:

1. On February 14, 2019, Plaintiff PALUMBO DESIGN, LLC ("Plaintiff"), a California limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 19STCV04949. Attached hereto as Exhibit "A" is a true and correct copy of the Summons on First Amended Complaint and First Amended Complaint. Plaintiff served the Summons on First Amended Complaint and First Amended Complaint ("FAC") on Defendants on March 28, 2019.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff is a California limited liability company bearing entity no. 201408510736 with its headquarters and principal place of business in Los Angeles, California.

4. Defendant 1169 HILLCREST, LLC ("Hillcrest LLC"), is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. NEM 2 LLC, formerly known as NAM 2 LLC, is the only member of Hillcrest LLC and is domiciled in and organized with its principal place of business in Nevada.

5. Defendant NEM 2 LLC, formerly known as NAM 2 LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. Its sole member is domiciled in and has his principal place of business in Florida.

6. Defendant Neil Moffitt is the sole member of NEM 2 LLC, and is a

citizen of the United Kingdom and is domiciled in and a resident of Florida.

7. Plaintiff's lawsuit asserts causes of action against Defendants for breach of written contract and quantum meruit. In addition to a prayer for disgorgement, declaratory relief, and an order for an accounting, Plaintiff seeks the reasonable value of its services in the amount of $2,000,000 (FAC at ¶ 47) and/or a development services fee equal to 40% of the net profits from the sale of a $20,000,000 plus piece of real property (FAC at ¶¶ 14, 24, and 42).

8. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

9. Concurrently herewith, Defendants have filed a Notice of Filing Notice of Removal to Federal Court with the State Court.

10. The State Court First Amended Complaint and Summons on First Amended Complaint are the only pleadings which have been served on Defendants and, therefore, they are the only state court pleadings to produce to this Court at this time with this removal.

11. The undersigned counsel hereby certify that defendant 1169 Hillcrest, LLC consents to this removal.

Dated: April 25, 2019

LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, APC

By: /s/ Ronald Richards
    Ronald Richards, Esq.
Attorneys for Specially Appearing Defendants NEM 2 LLC (formerly known as NAM 2 LLC) and NEIL MOFFITT

Dated: April 25, 2019

LAW OFFICES OF GEOFFREY LONG, APC

By: /s/ Geoffrey Long
    Geoffrey Long, Esq.
Attorneys for Specially Appearing Defendants NEM 2 LLC (formerly known as NAM 2 LLC) and NEIL MOFFITT

2

**DECLARATION OF RONALD RICHARDS, ESQ**.

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am admitted to practice law in the United States District Court, Central District of California, and all Courts in the State of California. I am the principal of the Law Offices of Ronald Richards & Associates, A.P.C., the attorneys for Defendant 1169 HILLCREST, LLC and Specially Appearing Defendants NEM 2 LLC, formerly known as NAM 2 LLC, and Neil Moffitt (collectively "Defendants") in this action.

2. I have personal knowledge of the matters set forth herein, and if called to do so, could and would testify competently thereto.

3. This declaration is made in support of Defendants' Notice of Removal of Action Under 28 U.S.C. §1441(b).

4. On February 14, 2019, Plaintiff PALUMBO DESIGN, LLC ("Plaintiff"), a California limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 19STCV04949. Attached hereto as Exhibit "A" is a true and correct copy of the First Amended Complaint ("FAC"). Plaintiff served the Summons on First Amended Complaint and First Amended Complaint on Defendants' agents for service of process on March 28, 2019.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Diversity exists as Plaintiff is a California limited liability company, with its principal place of business/entity address, as listed with the California Secretary of State, being located in Los Angeles, CA.

7. Defendant 1169 HILLCREST, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. NEM 2 LLC, f/k/a NAM 2 LLC, its only member, is domiciled in and organized with its principal place of business in Nevada.

8. Defendant NEM 2 LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. Its sole member is a resident of Florida.

9. Defendant Neil Moffitt, the sole member of NEM 2, is a resident of the State of Florida.

10. Plaintiff's lawsuit asserts causes of action against Defendants for breach of written contract and quantum meruit. In addition to a prayer for disgorgement, declaratory relief, and an order for an accounting, Plaintiff seeks the reasonable value of its services in the amount of $2,000,000 (FAC at ¶ 47) and/or a development services fee equal to 40% of the net profits from the sale of a $20,000,000 plus piece of real property (FAC at ¶¶ 14, 24, and 42).

11. Thus, I believe that the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

12. Concurrently herewith, Defendants have filed a Notice of Filing Notice of Removal to Federal Court with the State Court.

13. I certify that defendant 1169 Hillcrest, LLC consents to this removal.

I declare under penalty of perjury under the laws of the United States of America the above to be true and correct and that this declaration was executed on April 25, 2019, at West Hollywood, California.

/s/ Ronald Richards
Ronald Richards, Esq

4

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1601 N. Sepulveda Blvd., No. 729, Manhattan Beach, CA 90266.

On April 25, 2019, I served the following described as **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF** on the interested parties in this action

[XX] **U.S. MAIL -** by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows.

>Laurence M. Berman, Esq.
>BERMAN LITIGATION GROUP
>815 Moraga Drive
>Los Angeles, CA 90049
>lberman@bermanlitigationgroup.com
>Attorneys for Plaintiff

[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at West Hollywood, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the day of deposit for mailing identified in the affidavit.

[XX] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 25, 2019, at Manhattan Beach, California.

>         /s/ Geoffrey Long
>         Geoffrey Long

PROOF OF SERVICE