# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALUMBO DESIGN, LLC,<br>　　Plaintiff,<br><br>　　　　v.<br><br>1169 HILLCREST, LLC, et al.,<br>　　Defendants. | CV 19-3357 DSF (PLAx)<br><br>JUDGMENT |

The Court having granted motions to dismiss the complaint for lack of Plaintiff's capacity to sue,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: May 28, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge